# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| Amanda Hathaway, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-00556 UNA |
| | ) | |
| | ) | |
| State Farm Mutual Automobile Insurance | ) | |
| Company. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The above styled and numbered case was filed and opened on April 20, 2020, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:20-cv-00096 ACL.

**IT IS FURTHER ORDERED** that cause number 4:20-cv-00556 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: April 20, 2020        By: <u>Michele Crayton</u>
Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20-cv-00096 ACL.**