UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| AMANDA HATHAWAY, Personal Representative of the Estate of Linda Hathaway, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20 CV 96 ACL |
| | ) | |
| vs | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Pending before the Court is the Plaintiff's Motion to Remand (Doc. 14) this case to the Circuit Court of Cape Girardeau County, Missouri.   In response, the Defendant has filed a Consent to Remand with an attached Stipulation that the amount in controversy does not exceed $75,000 exclusive of costs and interest.   (Docs. 16, 16-1.)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (Doc. 14) is **granted** and that the Rule 16 Conference previously scheduled for May 27, 2020 is cancelled.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that this matter is remanded to the Circuit Court of Cape Girardeau County, Missouri**.**

Dated this 22nd day of May, 2020.

s/Abbie Crites-Leoni
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE